UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LINDA GRANT WILLIAMS,

        Plaintiff,

  v.

CITIGROUP, INC. and CITIGROUP GLOBAL
MARKETS, INC.,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/08

08 CV 9208 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

  The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Citibank and/or its affiliates and he works on those matters from time to time.

SO ORDERED:

Dated: New York, New York
   November 17, 2008

               _/s/ Loretta A. Preska_
               LORETTA A. PRESKA, U.S.D.J.

CGRCITI